Jonathan M. Hoffman, OSB No. 754180
jhoffman@martinbischoff.com
Thomas W. Purcell, OSB No. 114938
tpurcell@martinbischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

   Attorneys for Defendant Catlin Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

## Portland Division

| | |
|---|---|
| JEFFREY ROSS GAUTHIER and CLUB MYSTIC, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:15-cv-1130-SB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

    NOTICE is hereby given per LR 83-10 that Jonathan M. Hoffman and Thomas W.

Purcell of Martin, Bischoff, Templeton, Langslet & Hoffman, LLP, 888 S.W. Fifth Avenue,

Suite 900, Portland, Oregon, 97204, hereby substitute in as counsel to represent Defendant Catlin

/ / /

/ / /

/ / /

/ / /

  Page 1 -    NOTICE OF SUBSTITUTION OF COUNSEL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

Specialty Insurance Company as attorneys of record in place of John L. Langslet and David W. Cramer of Martin, Bischoff, Templeton, Langslet & Hoffman LLP.  All further correspondence and pleadings should be sent to Mr. Hoffman and Mr. Purcell at the address listed below.

DATED: December 18, 2015.    MARTIN, BISCHOFF, TEMPLETON,
　　　　　　　　　　　　　　　　　　　LANGSLET & HOFFMAN, LLP

　　　　　　　　　　　　　　　　By: /s/ Jonathan M. Hoffman
　　　　　　　　　　　　　　　　　　Jonathan M. Hoffman, OSB #754180
　　　　　　　　　　　　　　　　　　Email:  jhoffman@martinbischoff.com
　　　　　　　　　　　　　　　　　　Thomas W. Purcell, OSB #114938
　　　　　　　　　　　　　　　　　　Email:  tpurcell@martinbischoff.com
　　　　　　　　　　　　　　　　　　888 S.W. Fifth Ave., Ste. 900
　　　　　　　　　　　　　　　　　　Portland, OR  97204
　　　　　　　　　　　　　　　　　　Telephone:  (503) 224-3113
　　　　　　　　　　　　　　　　　　Fax:  (503) 224-9471

　　　　　　　　　　　　　　　　Of Attorneys for Defendant


DATED: December 18, 2015.    MARTIN, BISCHOFF, TEMPLETON,
　　　　　　　　　　　　　　　　　　　LANGSLET & HOFFMAN, LLP

　　　　　　　　　　　　　　　　By: /s/ John L. Langslet
　　　　　　　　　　　　　　　　　　John L. Langslet, OSB #721469
　　　　　　　　　　　　　　　　　　jlangslet@martinbischoff.com
　　　　　　　　　　　　　　　　　　David W. Cramer, OSB #113621
　　　　　　　　　　　　　　　　　　dcramer@martinbischoff.com
　　　　　　　　　　　　　　　　　　888 SW Fifth Avenue, Suite 900
　　　　　　　　　　　　　　　　　　Portland, OR 97204
　　　　　　　　　　　　　　　　　　Telephone:  (503) 224-3113
　　　　　　　　　　　　　　　　　　Facsimile:  (503) 224-9471

Page 2 -    NOTICE OF SUBSTITUTION OF COUNSEL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471