Jonathan M. Hoffman, OSB No. 754180
jhoffman@mblawgroup.com
Thomas W. Purcell, OSB No. 114938
tpurcell@mblawgroup.com
MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 914-2015
Facsimile: (503) 914-1725

   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# Portland Division

| | |
|---|---|
| JEFFREY ROSS GAUTHIER and CLUB MYSTIC, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:15-cv-1130-SB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Pursuant to F.R.Civ. P. 41(a), the Parties hereby stipulate that the Complaint and action in the above-captioned matter be dismissed, with prejudice and without costs to either party.

///

///

///

///

Page 1 -   STIPULATION OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

AGREED and STIPULATED to by the parties:

Dated: February 29, 2016.

                                              MB LAW GROUP, LLP

| s/ Mark E. Olmsted | s/ Jonathan M. Hoffman |
|---|---|
| Mark E. Olmsted | Jonathan M. Hoffman, OSB No. 754180 |
| Attorney for Plaintiffs | Of Attorneys for Defendant |

Page 2 -   STIPULATION OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471