Jonathan M. Hoffman, OSB No. 754180
jhoffman@mblawgroup.com
Thomas W. Purcell, OSB No. 114938
tpurcell@mblawgroup.com
MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 914-2015
Facsimile: (503) 914-1725

  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| JEFFREY ROSS GAUTHIER and CLUB MYSTIC, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:15-cv-1130-SB<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

    Based upon the parties' Settlement Notice and Stipulation of Dismissal filed herein, this case is dismissed with prejudice and without costs to any party.

    DATED:  March 1, 2016

                                               s/ Stacie Beckerman
                                           HONORABLE STACIE BECKERMAN
                                           U.S. DISTRICT COURT JUDGE

Page 1 -   JUDGMENT OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

Submitted by:

Jonathan M. Hoffman, OSB No. 754180
MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Email: jhoffman@mblglaw.com
Of Attorneys for Defendant

Page 2 -   JUDGMENT OF DISMISSAL WITH PREJUDICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471